IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARVIS YOUNG, | ) | CASE NO. 8:11CV387 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| CITY OF OMAHA, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion. The Final Pretrial Conference in this matter, scheduled for October 11, 2012, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for October 11, 2012. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

DATED this 2nd day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge